| United States District Court | Southern District of Texas |
|---|---|

| | | |
|---|---|---|
| Sylvester R. Brooks, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| versus | § | Civil Action H-09-03410 |
| | § | |
| Michael J. Astrue, | § | |
| | § | |
| Defendant. | § | |

## Opinion on Summary Judgment

Sylvester R. Brooks claims that the hearing officer incorrectly applied the severity standard to his left-shoulder impingement and migraine headaches. Brooks also disputes the finding that he can work. The record shows that Astrue applied the correct standard when he determined that Brooks was not disabled. Brooks's life choices have contributed to both his physical and mental impairments and his difficulty in finding work, but work there is.

Sylvester R. Brooks will take nothing from Michael J. Astrue.

Signed on May 28, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge